William J. Caldarelli (SBN 149573)
William M. Lange (SBN 319145)
**CALDARELLI HEJMANOWSKI PAGE & LEER LLP**
3398 Carmel Mountain Road, Suite 250
San Diego, California 92121
(858) 720-8080
wjc@chpllaw.com; wml@chpllaw.com

Attorneys for Defendant 1472 Neptune, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL H. MEARDON, an individual and as trustee of the Paul H. Meardon Trust dated July 23, 2004,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>1472 NEPTUNE, LLC, a California Limited Liability Company,<br><br>　　　　　Defendant. | Case No. 3:19-cv-02220-JLS-AGS<br><br>**JOINT MOTION FOR VOLUNTARY MUTUAL DISMISSAL WITH PREJUDICE BY:**<br>　(1) **1472 NEPTUNE, LLC; AND**<br>　(2) **PAUL H. MEARDON**<br><br>**[FRCP 41(a)]** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** THAT, having resolved all disputes and claims, between them in Case No. 3:19-cv-02220-JLS-AGS, defendant 1472 Neptune, LLC, and plaintiff Paul H. Meardon, individually and as trustee of the Paul H. Meardon Trust dated July 23, 2004, by and through their respective counsel of record, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, now stipulate and jointly move the Court for dismissal with prejudice of the actions between them in their entirety, with each side and party bearing their own fees and costs incurred.

Pursuant to Dkt. No. 13 filed in Related Case No. 19cv2070-WVG 1472, Magistrate-Judge William V. Gallo will retain jurisdiction over the parties and the matters until June 1, 2023, for the purpose of enforcing the terms of the settlement between the parties.

Dated: February 4, 2020      **CALDARELLI HEJMANOWSKI PAGE & LEER LLP**

By:  /s/William J. Caldarelli
William J. Caldarelli
William M. Lange

**IPLA, LLP**

By:  *s/ Zayde J. Khalil*
John M. Kim
Zayde J. Khalil

Attorneys for defendant 1472 NEPTUNE, LLC

Dated: February 4, 2020      **NOVARE LAW GROUP**

By:  *s/ Michael B. McDonnell*
Michael B. McDonnell
Douglas M. Field

Attorneys for plaintiff Paul H. Meardon

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby attest that all other signatories listed, and on whose behalf this stipulation is submitted, concur in the content of the stipulation and have authorized its filing.

*/s/ William J. Caldarelli*
WILLIAM J. CALDARELLI