# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL H. MEARDON, individually and as Trustee of the Paul H. Meardon Trust dated July 23, 2004,<br><br>Plaintiff,<br><br>v.<br><br>1472 NEPTUNE, LLC, a California limited liability company,<br><br>Defendant. | Case No.: 19-CV-2220 JLS (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 7) |

Presently before the Court is the Parties' Joint Motion to Dismiss (ECF No. 7). Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** this action in its entirety. As stipulated by the Parties, each side will bear its own attorneys' fees and costs. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: February 5, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge